## AFFIDAVIT OF SPECIAL AGENT KENNETH M. SMITH

KENNETH M. SMITH, being duly sworn, deposes and states the following:

## ITEM TO BE SEIZED

1. This affidavit is in support of a seizure warrant for the following item:

**Ladies Diamond Engagement Ring/Wedding Band
Set from Adore Jewelers purchased by Kim Fleet.**

## AFFIANT'S EXPERIENCE

2. I am a Special Agent employed by the Federal Bureau of Investigation (FBI). I have been employed with the FBI since March, 2008. For approximately six years before becoming an agent with the FBI, I was a Deputy Sheriff in Washington County, Utah. Currently, I am assigned to the Asset Forfeiture/Money Laundering Squad in the FBI's Washington, D.C., Field Division. My investigative assignments include investigating the asset forfeiture aspects of suspected violations of the federal anti-money laundering statutes (18 U.S.C. §§ 1956 and 1957), as well mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), bank fraud (18 U.S.C. § 1344), and health care fraud (18 U.S.C. § 1347) violations. I have received training in money laundering techniques and financial investigations.

3. I am currently assisting SA Andrew Sekela, FBI, Washington Field Office. SA Sekela is assigned to investigate public corruption matters..

4. The information contained in this affidavit is based on my personal knowledge and observations accumulated during the course of this investigation; on information conveyed to me by other law enforcement personnel; and on my review of documents and interview reports. The affidavit is submitted for the limited purpose of establishing probable cause in support of this application for seizure warrant, and thus, it does not contain every fact known by me or the

United States.

## PURPOSE OF APPLICATION AND LEGAL DISCUSSION

5.  The Federal Bureau of Investigation and the District of Columbia are investigating

allegations that Harriette Walters ("Walters") and others, known and unknown, conspired to

defraud the District of Columbia government ("DC") of over $40,000,000 by submitting false

documents claiming property tax refunds were owed, and receiving over fifty property tax refund

checks.  The DC government checks obtained as a result of the scheme were deposited into bank

accounts associated with the conspirators.  On at least one occasion, as part of the scheme, the

U.S. mail was used to send a false document from the District of Columbia to one of the

conspirators in Maryland.

6.  This affidavit is submitted in support of a seizure warrant for a ladies diamond

engagement ring/wedding band set valued at approximately $20,000, pursuant to 18 U.S.C. §

981(b).

7.  Based on the facts set forth in this affidavit, there is probable cause to believe that the

above listed property was purchased by Walters and Kim Fleet ("Fleet") using proceeds from

Walters' scheme to defraud the Government of the District of Columbia, and is traceable to

proceeds of mail fraud and wire fraud schemes and/or constitute funds involved in money

laundering and/or a conspiracy to commit those offenses and are subject to seizure and forfeiture

pursuant to 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of property constituting

or derived from proceeds traceable to a mail fraud scheme (in violation of 18 U.S.C. § 1341) and

a wire fraud scheme ( in violation of 18 U.S.C. § 1343), and pursuant to18 U.S.C. §

981(a)(1)(A), which provides for the forfeiture of any real or personal property that is involved in

a money laundering offense in violation of  18 U.S.C. §§ 1956, 1957, and/or 1960.

## **PROBABLE CAUSE**

8.  The investigation revealed that from at least January 2001 through September 2007, there is reason to believe that Walters conspired with others to defraud the government of the District of Columbia of more than $40,000,000 through obtaining funds through fraudulently obtained property tax refund checks.  Walters was employed at the Office of Tax and Revenue ("OTR"), which is part of the District of Columbia Office of the Chief Financial Officer ("OCFO").  Walters' title was Manager, Real Property Tax Administration Adjustment Unit at OTR.

9. Walters caused false or fraudulent property tax refund requests to be created.  She then approved those refund requests based on her position in the DC government.  Once a fraudulently generated check was issued, Walters, or someone acting on her behalf, picked up the check from a DC government office.  Walters, or one of her co-conspirators, then deposited the check in a bank account under the control of one of the co-conspirators.  Most of the conspirators maintained bank accounts at Bank of America and later at SunTrust Bank.

10.  As a routine part of her scheme, from its inception to its conclusion, Walters used her telephones at OTR, and her cellular telephone while in the District of Columbia to call co-conspirators who were in Maryland and Virginia.  These interstate calls were in furtherance of her scheme to embezzle from the DC government and she used the wire communications to alert co-conspirators that she was preparing a new fraudulent voucher and that such voucher was ready for her co-conspirators to deposit or cash.

11.  To facilitate the scheme and to make the fraudulently obtained property tax refund

checks appear legitimate, Walters often made the checks payable to a company (listed as the payee or co-payee on the check) that either she or her co-conspirators controlled.  While Walters and her co-conspirators used some pre-existing companies, at least one of the companies was created expressly for the purpose of depositing fraudulently obtained checks.  It had no legitimate function.

12.   A review of bank records for Harriette Walters, Richard Walters, Jayrece Turnbull and others associated with this scheme has been conducted.  It has revealed, in part, that over the past seven years more than $8.5 million dollars was deposited into Bank of America accounts under the control of Harriette Walters, and $5.5 million dollars was deposited into accounts under the control of her brother, Richard Walters. Receipts from several high end retail stores have been reviewed and show that Harriette Walters spent more than $1.4 million dollars at Neiman Marcus, and approximately half a million dollars at Saks Fifth Avenue, and made additional purchases at the Louis Vuitton Store, Nordstrom and Macy's.

13.   Based on information obtained from OTR, and from interviews and documents located during search warrants, your affiant is aware that Harriette Walters earned approximately $80,000 per year working for the DC government.  This source of legitimate income is not sufficient to support the items purchased by Walters or the gifts she has given over the past several years.

14.   Bank records have been reviewed for Walters, Jayrece Turnbull, and others associated with this scheme, to trace funds from the fraudulently obtained DC Government Tax Revenue checks to their ultimate recipient(s).  For example, on May, 4, 2007, Jayrece Turnbull deposited a fraudulently obtained DC Government check in the amount of $398,680 into Bank of

America account #XXXXX2467, held in the name of Jayrece Turnbull, d/b/a Chapa Interiors.

On the same day, Jayrece Turnbull wrote check #5032 made payable to Harriette Walters in the

amount of $50,000.  Walters cashed this check and purchased three cashier's checks:  a $15,000

cashier's check made payable to a co-worker of Walters; a $10,000 cashier's check made payable

to another co-worker of Walters; and a $9,000 cashier's check made payable to Walters.  A

review of the bank records reveal that Walters and Jayrece Turnbull repeatedly used this method

to disburse proceeds from the fraud scheme to others.

     15.  Fleet is a former co-worker of Walters at the District of Columbia government office.

A review of Fleet's bank records revealed that Fleet received amounts totaling over $167,000 in

the form of personal and cashier's checks from Walters.

**TRACING TO RING SET**

     16.  On or about June 25, 2007, Fleet purchased a ladies diamond engagement

ring/wedding band set from Adore Jewelry in Annapolis, MD, valued at approximately $20,000.

The store's owner, Michael Jangali, was interviewed by law enforcement.  He stated that he sold

a ladies diamond engagement ring/wedding band set to Fleet.  He also stated that the ring set was

paid for by Fleet and Walters.  Walters paid for $10,000 of the purchase price of the ring set.

Fleet paid the balance of the purchase price with a Bank of America debit card.

     17.  A review of Fleet's Bank of America ("BOA") checking account

#XXXXXXXX0842, reveals a debit of $10,318.35 to Adore Jewelry on June 25, 2007.  The

balance in BOA checking account #XXXXXXXX0842, on June 25, 2007, before the debit was

$29,090.26.  The majority of those funds are traceable to proceeds of the fraud scheme.

     18.  On June 20, 2007, Fleet deposited a $25,000 check from Alethia Grooms

5

("Grooms").  Grooms has pled guilty to charges, including conspiracy to commit money

laundering, involving Walters' fraud scheme against the District of Columbia government.

Grooms has admitted that she deposited fraudulently obtained DC government checks for

Walters, and disbursed the money as she was directed.

19.   On June 6, 2007, Grooms opened a commercial account at M&T Bank in the name of

Alethia O. Grooms, d/b/a Awesome Graphic Designs.  Grooms stated that on June 6, 2007,

Walters provided her with a fraudulently obtained DC government check made payable to

Awesome Graphics.  Grooms admitted to depositing the fraudulently obtained DC government

check (no. 6764650) for $125,000 into her M&T Bank account.  From the funds provided by the

fraudulently obtained DC government check, Alethia Grooms purchased two official checks, one

for Walters, the other for Fleet.  On June 20, 2007, M&T Bank cashier's check no. 450131671,

in the amount of $25,000, was deposited into Fleet's BOA account.  Thus, Fleet's $10,318.38

debit on June 25, 2007, used to pay for a portion of the ring set was also traceable to the fraud

scheme.

20.   Based on the forgoing, there is probable cause to believe that the above listed ring set

was purchased by Walters and Fleet using funds traceable to proceeds of a scheme to defraud the

DC government, and/or was involved in money laundering, and is therefore subject to seizure

and forfeiture.  It is requested that a seizure warrant be issued for the above listed property.

_____

Kenneth M. Smith, Special Agent, FBI

Sworn to and subscribed before me on this_____day of November, 2008.

6